# Notice Recipients

District/Off: 0752−1  User: kscott  Date Created: 7/20/2009
Case: 09−21995  Form ID: definmgt  Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Monica J. Alvarenga     1107 Lawrence         Mundelein, IL 60060
aty         David M Siegel          David M. Siegel &Associates      790 Chaddick Drive       Wheeling, IL 60090

                                                                                         TOTAL: 2